IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: AEROGROUP INTERNATIONAL, INC., et al., <br><br>                Debtors. <br><br>THE CORPORATE FINANCE, INC., <br><br>                Appellant, <br><br>                v. <br><br>AEROGROUP INTERNATIONAL, INC., GBG USA INC. and POLK 33 LENDING, LLC, <br><br>                Appellees. | Chapter 11 <br><br> Case No. 17-11962 (KJC) <br><br><br><br><br><br><br><br><br><br><br><br> C.A. No. 19-967 (MN) <br> Adv. No. 18-50715 (KJC) <br> BAP No. 19-40 |

**<u>ORDER</u>**

WHEREAS, on June 17, 2019, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I 5) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no objections to the Recommendation are anticipated (D.I. 5 at 3); and

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED this 19th day of June 2019 that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the Court ADOPTS and ORDERS the following briefing schedule purposed by the parties (D.I. 5 at 2):

Appellants' Opening Brief – July 19, 2019

Appellee's Answering Brief – August 19, 2019

Appellants' Reply Brief – September 9, 2019

_____
The Honorable Maryellen Noreika
United States District Court